1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN P. ROONEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5
6  Attorneys for Plaintiff
7
8               IN THE UNITED STATES DISTRICT COURT
9                 EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO.  1:13-MJ-00138 GSA |
12 |        Plaintiff, | |
13 | v. | STIPULATION REGARDING CONTINUANCE OF THE |
14 | JUSTIN BROWN. | PRELIMINARY HEARING; FINDINGS AND ORDER |
15 |        Defendant, | |

17      Plaintiff United States of America, by and through its counsel of record, and defendant, by
18 and through his counsel of record, hereby stipulate as follows:
19      1.    By previous order, this matter was set for preliminary hearing July 19, 2013, at 1:30
20 p.m.  The defendant is out of custody subject to PreTrial Services monitoring.
21      2.    By this stipulation, the government and the defendant now stipulate to continue the
22 preliminary hearing until August 16, 2013, at 1:30 p.m.
23      3.    The parties request this continuance in order to further investigate the underlying
24 events and to possibly resolve the matter.  To facilitate these efforts, the government and the
25 defendant are asking for a delay beyond 21 days from the initial appearance date, which is ordinarily
26 ///
27
28
                                1

the deadline within which a preliminary hearing must be held for a defendant who is not in custody. F.R Crim.P. 5.1(c). The court may extend that time with the defendant's consent and upon a finding of good cause taking into account the public interest in the prompt resolution of criminal cases.

    4. The parties agree and stipulate, and request that the Court find the following:

        a. The defendant consents to continuing the preliminary hearing.

        b. There is good cause to continue the preliminary hearing in this matter.

        c. The ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a preliminary hearing within the date prescribed by F.R.Crim.P. 5.1(c).

IT IS SO STIPULATED.

DATED: July 17, 2013        /s/ Kevin P. Rooney
                                  KEVIN P. ROONEY
                                  Assistant United States Attorney

DATED: July 17, 2013        /s/ Andras Farkas
                                  ANDRAS FARKAS
                                  Attorney for Defendant Justin Brown

O R D E R

GOOD CAUSE HAVING BEEN ESTABLISHED, IT IS SO FOUND AND ORDERED.

IT IS SO ORDERED.

Dated: **July 17, 2013**        /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE