BENJAMIN B. WAGNER
United States Attorney
IAN P. WHITNEY
Special Assistant U.S. Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:13-cr-00361-SKO |
| Plaintiff, | STIPULATION TO CONTINUE STAUS CONFERENCE; ORDER |
| v. | |
| JUSTIN BROWN, | DATE: Thursday, November 21, 2013 |
| Defendant. | TIME: 1:30 am |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Ian P. Whitney, Counsel for Plaintiff, and Andras Farkas, Counsel for Defendant Justin Brown, that the status conference scheduled for Thursday, November 14, 2013, **may be continued to Thursday, November 21, 2013, at 1:30 a.m. before Judge Sheila K. Oberto.**

The parties base this stipulation on good cause.  The parties have reached a deferred prosecution agreement but the pre-trial services report on the defendant's suitability for deferred prosecution will not be ready by November 14th.

- 1 -    STIPULATION TO CONTINUE STAUS CONFERENCE
AND ORDER THEREON

1  The parties agree that the delay resulting from the continuance
2  shall be excluded in the interests of justice, including but not
3  limited to, the need for the period of time set forth herein for
4  further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)((A)
5  and (B).

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: November 13, 2013      By:    /s/ Ian P. Whitney
                                     IAN P. WHITNEY
                                     Special Assistant U.S. Attorney

Dated: November 13, 2013      By:    /s/ Andras Farkas
                                     ANDRAS FARKAS
                                     Attorney For Defendant

ORDER

**IT IS SO ORDERED.** The status conference set for Thursday, November 14, 2013 at 10:00 a.m. is continued to Thursday, November 21, 2013 at 1:30 a.m. before Judge Sheila K. Oberto. Time is excluded up to and including November 21, 2013 in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A)(B).

IT IS SO ORDERED.

Dated:   **November 13, 2013**          /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE