BENJAMIN B. WAGNER
United States Attorney
KEVIN P. ROONEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00361 SKO |
|---|---|
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| JUSTIN BROWN, | |
| Defendants. | |

**IT IS HEREBY ORDERED** in the interest of justice, and based upon Defendant's successful completion of a pre-trial diversion program, that the complaint in this case be dismissed as to Defendant, Justin Brown.

IT IS SO ORDERED.

Dated:   **December 1, 2014**          **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE